IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RODNEY J. MURPHY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:20cv263-MHT |
| ) | (WO) |
| **ROBBIE WRIGHT KENDRICK,** ) | |
| ) | |
| Defendant. ) | |

**OPINION**

Plaintiff filed this lawsuit asserting that the defendant has repeatedly made false accusations against him to various officials and others. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for lack of subject-matter jurisdiction. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of September, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**