IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RODNEY J. MURPHY,              )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )        2:20cv263-MHT
                               )            (WO)
ROBBIE WRIGHT KENDRICK,        )
                               )
     Defendant.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) This lawsuit is dismissed for lack of subject-matter jurisdiction.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 8th day of September, 2020.**

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**